UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

KIRK ALAN WALKER,

    Plaintiff,

v.

CHRISTA J. GROSHEK, TRAVIS SCHWANTES, RICHARD D. ALLEN, DOUGLAS JOHNSON, CHRISTINE M. VOLKERS, ERIK SKON, VINCE KRENZ, MARY STAHL-SWANSON, MIKE GREEN, ELIZABETH H. MARTIN, and
GARY R. SCHURRER,

    Defendants.

---

Civil No. 06-1299 (DSD/JSM)

**ORDER**

    The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated May 25, 2006. No objections have been filed to that Report and Recommendation in the time period permitted.

    Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

    IT IS HEREBY ORDERED:

    1.    Plaintiff's "Application to Proceed Without Prepayment of Fees," (Docket No. 2), is **DENIED**;

    2.    This action is **SUMMARILY DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1);

    3.    Plaintiff is required to pay the unpaid balance of the Court filing fee, namely $242.00, in accordance with 28 U.S.C. § 1915(b)(2); and

4.  For purposes of 28 U.S.C. § 1915(g), this action is dismissed "on the grounds that it is frivolous, malicious, or fails to state a claim on which relief may be granted."

Dated: August 9, 2006

s/David S. Doty
David S. Doty, Judge
United States District Court
